**UNITED STATES of America, Plaintiff–Appellee**

v.

**Deshawn MYRICK, also known as Ricky Cooper, also known as Shakey, Defendant–Appellant.**

No. 15–3153.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 18, 2016.

Filed: Jan. 28, 2016.

Ashley Corkery, Richard D. Westphal, U.S. Attorney's Office, Davenport, IA, for Plaintiff–Appellee.

Deshawn Myrick, Oxford, WI, pro se.

Heather Quick, Assistant, Federal Public Defender's Office, Cedar Rapids, IA, for Defendant–Appellant.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

At a supervised-release revocation hearing, the district court[1] found that Deshawn Myrick had committed several Grade C violations of his release conditions while serving a term of supervised release on a federal criminal sentence. The court revoked supervised release and imposed a revocation sentence of 4 months in prison and 56 months of supervised release. On appeal, Myrick contends that the new supervised release term is substantively unreasonable. Upon careful review of the record, including the district court's comments at the revocation hearing about Myrick's criminal history, substance abuse, and supervised-release violations, we conclude that the court did not abuse its discretion. *See United States v. Asalati,* 615 F.3d 1001, 1006 (8th Cir.2010) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.